**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6966**

———————

WILLIAM MORGAN HERRING, IV,

                                        Plaintiff - Appellant,

       versus

SERGEANT RICHARDSON,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-00-145-5-H)

———————

Submitted: September 20, 2001     Decided: September 27, 2001

———————

Before LUTTIG, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Morgan Herring, IV, Appellant Pro Se. James Peeler Smith, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Morgan Herring, IV appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Herring v. Richardson, No. CA-00-145-5-H (E.D.N.C. May 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED